IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON MISSISSIPPI



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:03cr30WS

ROOSEVELT WALKER

### Order Denying Roosevelt Walker's Motion for Acquittal or in the Alternative New Trial

This matter having come before the Court on Defendant Roosevelt Walker's Motion for Acquittal or in the Alternative for New Trial. The Court having considered the defendant's Motion and the government's response in Opposition to the Motion does hereby deny the Motion in its entirety.

So Ordered, this the 28th day of April, 2006.

Henry T. Wingate
Chief United States District Judge