# United States Court of Appeals
## for the Fifth Circuit

A True Copy
Certified order issued Mar 08, 2021

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-60942

United States Court of Appeals
Fifth Circuit
**FILED**
March 8, 2021
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

versus

Roosevelt Walker,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:03-CR-30-3

_____

Before Higginbotham, Smith, and Oldham, *Circuit Judges*.

Per Curiam:

　　IT IS ORDERED that the unopposed joint stipulation of Appellant and Appellee to remand case to the United States District Court for the Southern District of Mississippi, Jackson Division is GRANTED.